JUN 5 2024 PM 3:52
FILED-USDC-CT-HARTFORD

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

### COMPLAINT FORM

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Anna Sullivan

Case No. _____
(To be supplied by the Court)

Anne Lamont   v.

Kamala Harris    Jacob Rothschild Estate   Xi Jinping  Hilary Clinton
Ned Lamont    David De Rothsild Sr   Vladimir Putin  Barack
John Larson   David De Rothschild Jr  Bill Raveis       Obama
Joseph Biden   Nancy Peloski         Chris Raveis   michelle obama
Jeffrey Bezos   Kim Kardashian       Ryan Raveis   Naydan's Fume
Lauren Sanchez   Kylie Jenner        Hunter Biden   Dnika mirqi
Elon Musk        Kris Jenner         Drake Aubrey Graham Cavdi B
Claire Boucher   Kendall Jenner   French montana
Bill gates        Kourtney Kardashian Lawrence Martin
mark Zuckerberg

Full names of Defendant(s)
(Do not use *et al.*)

## A. PARTIES

1. Anna Sullivan is a citizen of Connecticut who
   (Plaintiff)                          (State)
presently resides at 211 Girard Ave West End, Hartford CT 06105
                     (mailing address)

2. Defendant Anne Lamont is a citizen of Connecticut ~~US~~
   (name of first defendant)              (State)
whose address is 990 Prospect Ave .

3. Defendant Ned Lamont is a citizen of Connecticut
(name of second defendant)                                                  (State)

whose address is 990 Prospect Ave.

(If more space is needed to furnish the above information for additional defendants,
continue on a blank sheet which you should label "A. PARTIES." Be sure to include
each defendant's identity and complete address.)

## B. JURISDICTION
The jurisdiction of this court is invoked pursuant to: (list statute(s))

_____

_____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

Ned Lamont Governor put a hate crime group together during the
pandemic in 2021 to gang stalk me through a mind control 5G
connection device that he built and sold off to Jeffrey Bezos
Ned Lamont and Senator John Larson CT joined Jerome Powell
and Jeffrey Bezos who also joined President Joseph Biden and
Vice President Kamala Harris. Nancy Pelosiki, Bill Gates, and Elon
Musk provided vaccines for covd-ts everyone to take and went
under a satanic trance to attack me through the mind
control device they attacked to my scalp. It read my thoughts
and brain cells and retrieved the information back to their
White House lab and they showed the information on a
video projection screen in the Lab and displayed it
online to all of the defendants and the Illuminati
Hollywood entertainment artists that Jeffrey Bezos and
Jerome Powell are responsible for. They did a satanic practice
against me everyday and would yell and scream in my
head and try to force me to do what they wanted and test
if I would meet up with them off of my own money. They
hurt my body and attempted to murder me everyday and
steal my money. I had to fight them off myself as they hid
from the police. They all used my data, likeness, pictures, ideas
and business corporation for profit without compensation to me.

### D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

Claim I: Freedom to live
Freedom of speech

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Ned Lamont followed and stalked me in Elizabeth Park Hartford, CT and West Hartford, CT was 3 times and tried to intimidate me with a frown. He had a guilty demeanor that was angry and hateful. He lives in my neighborhood and flew a drone over my home to scare me.

Jeff Bezos reached out to me in my brain after I applied for Amazon Business Funding and stole my business idea and claimed he put me under mind Parsom SD he can use my ideas and illeness in Hollywood for profit as a way to disable me from telling.

Claim II: Kamala Harris ransomed the system from Jeffrey Bezos and joined him to help attack me and my business.

Supporting Facts: Jerome Powell stated the he hired Kamala Harris to relate to me and gave her the Vice President position to attract me to the 3 Illuminati. Jerome Powell demanded to know who I was. Drake Aubrey Graham showed him my picture and they both stalked me through CIA equipment.

**E. REQUEST FOR RELIEF**
WHEREFORE, plaintiff demands: (state the relief you seek)

- I demand they get arrested and put in mental institution/jail immediately.
- Recieve death penalty
- pay for damages

**F. JURY DEMAND**

Do you wish to have a jury trial? Yes    No

_____
Original signature of attorney (if any)

_____
Printed Name

(   )
Attorney's full address and telephone

Email address if available

_____
**Plaintiff's Original Signature**

Printed Name  Anna Sullivan

211 Givard Ave
Hartford, CT 06105

(860) 692-4147
Plaintiff's full address and telephone

Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____Hartford_____ on _____6/5/24_____.
        (location)          (date)

_____
**Plaintiff's Original Signature**

(Rev.3/29/16)

5